STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Timothy O'Dowd
Attorney at Law
921 Ryan St., Suite D
Lake Charles LA 70601

**REHEARING ACTION: July 23, 2014**

**Docket Number: 14   00041-CA**

**NALANI LYNN CALDARERA
VERSUS
STANLEY JOSEPH CALDARERA**

**Appealed from Calcasieu Parish Case No. 2008-5600**

<u>**BEFORE JUDGES**</u>**:**

      **Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Stanley Joseph Caldarera** has this day been

      **DENIED.**

cc: David Harmon Hanchey, Counsel for the Appellee